IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GINA N. FELTON, | ) |
| Plaintiff, | ) ) |
| | ) 2:05cv1774 |
| v. | ) Electronic Filing |
| | ) |
| UPMC SENECA PLACE, | ) Judge Cercone |
| | ) Magistrate Judge Hay |
| Defendant. | ) |

## ORDER

AND NOW, this 3rd day of October, 2006, after the plaintiff, Gina N. Felton, filed an action in the above-captioned case, and after a Motion to Dismiss for Failure to Prosecute was filed by defendant, UPMC Seneca Place, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the defendant's Motion to Dismiss for Failure to Prosecute [Document No. 16] is GRANTED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff desires to appeal from this Order she must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

DAVID STEWART CERCONE
United States District Judge

cc:   Honorable Amy Reynolds Hay
      United States Magistrate Judge

      Michael J. Bruzzese, Esquire
      307 Fourth Avenue
      Suite 1008, The Bank Tower
      Pittsburgh, PA 15222

John J. Myers, Esquire
Eckert, Seamans, Cherin & Mellott
600 Grant Street
44th Floor
Pittsburgh, PA 15219